■ KAREN HUGHES, Respondent, v PATRICK MORAN, Appellant.—Motion for reargument granted and upon reargument motion for poor person relief and extension of time denied. Memorandum: No appeal lies as of right from an intermediate order of filiation entered in a proceeding in which support is sought *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15). Present—Callahan, J. P., Green, Balio, Lawton and Fallon, JJ. (Filed Nov. 6, 1992.)

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CYNTHIA NELSON, Respondent, v CLAUDE HENDERSON, Appellant.—Motion for poor person relief and assignment of counsel denied and appeal dismissed. Memorandum: No appeal lies as of right from an order of filiation entered in a proceeding in which support is sought *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15). Present—Callahan, J. P., Boomer, Pine, Boehm and Davis, JJ. (Filed Nov. 6, 1992.)

■ PEOPLE v SAMUEL ARCADIPANE, Defendant.—Motion for change of venue denied as premature *(see, People v DiPiazza,* 24 NY2d 342; *People v Buckley,* 176 AD2d 1249; *People v Harris,* 166 AD2d 933). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ PEOPLE ex rel. BRIAN CARR, Petitioner, v JAMES MITCHELL, as Superintendent of Mohawk Correctional Facility, Respondent.—Motion for leave to appeal denied. Memorandum: Pursuant to CPLR 5514 (a), petitioner will have 30 days from the date of this Court's order dismissing this motion to file and serve a notice of appeal as of right. Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

■ PEOPLE, Respondent, v JOSEPH WASHINGTON, Appellant. —Motion to dismiss appeal as waived denied *(see, People v Callahan,* 80 NY2d 273). Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

■ PEOPLE, Respondent, v WALTER GRIGGS, Appellant.—Motion to dismiss appeal as waived denied *(see, People v Callahan,* 80 NY2d 273). Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.